Case 5:23-cv-00069   Document 20   Filed on 09/10/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ADOLFO HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00069 |
| § | |
| ALLSTATE FIRE AND CASUALTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

# ORDER

Plaintiff Adolfo Hernandez and Defendant Allstate Fire and Casualty Insurance Company filed a self-effectuating Stipulation of Dismissal with Prejudice (Dkt. 19). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all Parties, notifies the Court that the case has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this September 10, 2024.

_____
Diana Saldaña
United States District Judge